# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ANGELA M. SPORER,**
   **Plaintiff,**

v.            Case Nos. 23-C-0168
                   23-C-0169
                   23-C-0170
                   23-C-0171

**WAUKESHA COUNTY COURTHOUSE-
FAMILY COURT, et al.,**
   **Defendants.**

## ORDER

On June 16, 2023, Magistrate Judge Stephen C. Dries issued a decision recommending that these four related actions be dismissed. The decision was mailed to the pro se plaintiff that same day. Under Federal Rule of Civil Procedure 72(b)(2) and General Local Rule 72(c), plaintiff had 14 days to file written objections to the order. That time expired on June 30, 2023, without plaintiff's having filed an objection. Moreover, I have reviewed the order de novo and find that no part of it is erroneous or contrary to law.

**THEREFORE, IT IS ORDERED** that Magistrate Judge Dries's Report & Recommendation is **ADOPTED** in its entirety. These cases are **DISMISSED**, and the Clerk of Court shall enter judgment accordingly. Sporer's request for leave to proceed without prepaying the filing fee is **DENIED** as **MOOT**.

Dated at Milwaukee, Wisconsin, this 5th day of July, 2023.

            /s/Lynn Adelman
            LYNN ADELMAN
            District Judge